NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                                      Criminal Number  24-CR-442

Morton Irvine Smith
         (Defendant)


TO:     ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:     (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

/s/ Scott P. Armstrong
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Scott Armstrong, DC Bar 993851
*(Attorney & Bar ID Number)*
McGovern Weems LLC
*(Firm Name)*
1015 15th Street, NW, Suite 1030
*(Street Address)*
Washington, DC                                              20005
*(City)*          *(State)*          *(Zip)*
202-978-1267
*(Telephone Number)*