AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-cr-442 |
| Morton Irvine Smith | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Morton Irvine Smith (pro hac vice motion pending).

Date: 12/12/2024

/s/ Michael G. Freedman
*Attorney's signature*

Michael G. Freedman CA Bar 281279
*Printed name and bar number*
1801 Century Park East, Suite 450
Los Angeles, CA 90067

*Address*

michael@thefreedmanfirm.com
*E-mail address*

(310) 285-2210
*Telephone number*

(310) 425-8845
*FAX number*