## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No.: 24-CR-442 |
| v. | |
| **MORTON IRVINE SMITH,** | *Let this be filed.* |
| Defendant. | *[signature]* |
| | *12/18/24* |

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Morton Irvine Smith, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public. The grounds around the Capitol were posted and cordoned off, and the entire area as well as the Capitol building itself were restricted as that term is used in Title 18, United States Code, Section 1752 due to the fact that the Vice President and the immediate family of the Vice President, among others, would be visiting the Capitol complex that day.

3.  On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.  As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5.  At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.  At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after

2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8. On or about December 19, 2020, then-President Trump tweeted, "Peter Navarro releases 36-page report alleging election fraud 'more than sufficient' to swing victory to Trump https://washex.am/3nwaBCe. A great report by Peter. Statistically impossible to have lost the 2020 Election. Big protest in D.C. on January 6th. Be there, will be wild!" That evening, IRVINE SMITH attended a rally with Alan Hostetter and Russell Taylor, at which time Hostetter discussed that tweet. IRVINE SMITH, Hostetter, and Taylor all sat on the board of the American Phoenix

Project ("APA"), an organization formed by Hostetter. At the December 19, 2020 rally, Hostetter said:

> The most important thing that we saw happen in the last 48 hours—did you see President Trump's Tweet last night, where he asked all patriots to descend on Washington, D.C. on January 6th? Did you see that Tweet last night? January 6th is going to be one of the most important days in the history of this country. We're gonna have an opportunity on January 6th for millions of patriots to show up in Washington, D.C., and have an impact on what happens in that joint session of Congress. That's going to be the last opportunity that we solve this problem constitutionally before we move into the Insurrection Act. One way or another, this problem is going to be solved.

Hostetter told the crowd what he wanted to accomplish on January 6, when Congress was in session:

> Choke that city off, fill it with patriots, and then those people behind the walls of the Senate and the House are gonna be listening to us chanting outside those walls. . . . And they're gonna realize, we have one choice. We either fix this mess and keep America America, or we become traitors, and those five million people outside the walls are gonna drag us out by our hair and tie us to a fucking lamp post. That's their option.

As Hostetter delivered these remarks, IRVINE SMITH stood directly next to him.

9.    On January 5, 2021, IRVINE SMITH spoke at a Virginia Women for Trump event outside the U.S. Supreme Court, directly across from the U.S. Capitol building. In that speech, IRVINE SMITH stated, among other things:

> My name is Morton Irvine Smith, and I stand before you representing 270 years of American patriots, and 170 years of California pioneers. . . . By standing with me today, we are raising our voice in unwavering defiance of global tyranny and shouldering our charge to defend all American patriots both past and yet unborn. In our nation's most desperate hour, we have left all that has not been taken from us to defend all that could be lost: our God, our family, and our country. . . . Today is far from a dream, and the darkness is not twilight. Our republic has fallen captive to an evil so vile and so corrupt it defies human logic. Born to the underworld of treason and traitors, our nation's enemies are now exposed on the world stage. We have been called to battle. And battle we must not fear. Without the fear, there can be no victory. Without the victory, there can be no peace. So the die is cast, and we are the peacemakers, tasked to win a biblical war for the sake of God and the

will of all free men. Facing the ultimate triumph of evil, the time for good men to do nothing has long since passed.

IRVINE SMITH was speaking in his capacity as a director of the APA.

10.     Like IRVINE SMITH, both Hostetter and Taylor spoke at the January 5, 2021 event at the Supreme Court, on behalf of the APA. Among other remarks, Taylor stated, "in these streets, we will fight and we will bleed," and "we will not return to our peaceful way of life until this election is made right." Among other remarks, Hostetter said, "Our voices tomorrow are going to put the fear of God in members of Congress," and "They need to know that we as a people are coming for them if they do the wrong thing."

11.     On the morning of January 6, 2021, IRVINE SMITH met with Hostetter and Taylor and walked toward the area of the Ellipse, where then-President Donald Trump was scheduled to give a speech. As they walked, Hostetter recorded an Instagram live video. As IRVINE SMITH joined the group, Hostetter turned the camera to IRVINE SMITH, and said, "Good morning, Morton. Say hi to Instagram." IRVINE SMITH responded, "Good morning, California, and everybody else in the world that gives a shit about freedom!"

12.     On the morning of January 6, 2021, IRVINE SMITH, along with Hostetter and Taylor, attended then-President Trump's speech at the Ellipse.

13.     From the Ellipse, IRVINE SMITH walked with others, including Hostetter and Taylor, toward the U.S. Capitol building.

14.     As they walked toward the Capitol, Taylor recorded a selfie video, as he walked next to IRVINE SMITH. As they walked past police, Taylor announced, with IRVINE SMITH standing next to him, "We'll see who these guys end up working for." In another video, as they continued toward the U.S. Capitol, Taylor, with IRVINE SMITH at his side, continued to narrate.

As he recorded, Taylor said the group was "converging on the Capitol." Taylor continued, "I heard something of such indicating that the barricades have been breached."

15. At the Capitol, IRVINE SMITH, Hostetter, and Taylor passed fencing and barricades and joined with thousands of other rioters on the grounds of the U.S. Capitol. IRVINE SMITH understood that he was not permitted to enter the building, and IRVINE SMITH understood that the Capitol building was restricted to allow Vice President Pence and the members of Congress to certify the results of the 2020 Presidential Election.

16. IRVINE SMITH, Hostetter, and Taylor, had entered Capitol grounds by approximately 2:09 PM. The group continued moving toward the Capitol building.

17. As they moved closer to the Capitol building, IRVINE SMITH was separated from Taylor and Hostetter. As Hostetter and Taylor moved up Capitol steps through scaffolding, IRVINE SMITH remained on the west plaza, on the northwest side of the Capitol, in the area behind a police line protecting the Lower West Terrace of the Capitol.

18. As a mob of rioters advanced against the police, the police line protecting the Lower West Terrace of the Capitol fell. After it did, IRVINE SMITH, several yards away from the police line, moved forward with the crowd toward the Inaugural Stage.

19. While IRVINE SMITH had remained on the lower portion of the west plaza, Hostetter and Taylor had climbed into scaffolding and ascended to the Inaugural Stage. There, they encountered a line of police officers who were holding back the rioters from advancing onto the Inaugural Stage. Taylor, with Hostetter following closely behind, pushed against that police line, and was pepper sprayed and forced to briefly retreat. Taylor retreated only briefly before advancing again.

20. IRVINE SMITH, from his lower position on the west plaza recorded the moments after Taylor has been pepper sprayed and was in a temporary retreat. As he recorded, IRVINE SMITH announced, "Russ just got tear gassed." IRVINE SMITH recorded as Taylor encouraged the crowd toward his position and waved his hand forward. Hostetter stood behind, carrying a bullhorn and waving an American flag.

21. IRVINE SMITH then ascended up onto the Inaugural Stage and onto a set of constructed bleachers overlooking the Inaugural Stage. From his location above the Inaugural Stage, IRVINE SMITH could observe the crowd below, which was trying to break into the Capitol building through various entrances on the Inaugural Stage. IRVINE SMITH was present on the bleachers above the Inaugural Stage from at least as early as 3:04 PM until at least as late as 4:31 PM.

22. Eventually, IRVINE SMITH left the area above the Inaugural Stage and proceeded down to the Inaugural Stage itself. By this time, rioters had broken into the Capitol building through a window to the left of the Lower West Terrace door. From the Inaugural Stage, IRVINE SMITH observed rioters breaching the building.

23. When he was at the U.S. Capitol building, IRVINE SMITH knew that the certification proceeding was taking place and that Vice President Pence was at the U.S. Capitol building to preside over the proceeding.

### *Elements of the Offense*

24. The parties agree that Entering or Remaining in a Restricted Building or Grounds, 18 U.S.C. § 1752(a)(1), requires the following elements:

   a. First, the defendant entered or remained in a restricted building or grounds without lawful authority to do so.

    b. Second, the defendant did so knowingly.

### *Defendant's Acknowledgements*

25. The defendant, IRVINE SMITH, knowingly and voluntarily admits to all the elements as set forth above.

26. Specifically, IRVINE SMITH admits that he entered and remained in the restricted building and grounds of the United States Capitol without lawful authority to do so, and that he did so knowingly.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    /s/ Anthony W. Mariano

Anthony W. Mariano, MA Bar No. 688559
Trial Attorney, Detailee
United States Attorney's Office
for the District of Columbia
601 D Street NW
Washington, D.C. 20530
(202) 476-0319
Anthony.Mariano2@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Morton Irvine Smith, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 9/30/24

*Morton Irvine Smith*
Morton Irvine Smith (Sep 30, 2024 15:09 PDT)

Morton Irvine Smith
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 9/30/24

*Michael G. Freedman*

Michael Freedman
Attorney for Defendant