CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: 24cr442 (RCL)
)
)
MORTON IRVINE SMITH )
)
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives their right to trial by jury.

_____
Morton Irvine Smith (Dec 16, 2024 23:05 PST)

Defendant

*Michael G. Freedman*

Counsel for Defendant

I consent:

/s/ Anthony W. Mariano
Assistant United States attorney

Approved:

_____      Date: 12/18/24

Royce C. Lamberth
United States District Judge