UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MORTON IRVINE SMITH,<br><br>Defendant. | Case No. 24-CR-442 |

## ORDER

Pursuant to the motion filed by the United States, *which I received 1-22-25,* it is hereby ordered that the Motion to Dismiss the Information pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this _22nd_ day of _Jan._, 2025.

_Royce Lamberth_
HONORABLE ROYCE C. LAMBERTH
United States District Court Judge